MARY T. BARNES, by LUCIEN BARNES, her Guardian ad litem, Respondent, *v.* JAMES R. KEENE, Appellant.

(Argued April 25, 1889; decided June 11, 1889.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 10, 1886, which affirmed a judgment in favor of the plaintiff, entered upon a verdict and an order denying motion for a new trial.

*Solomon Hanford* for appellant.

*Samuel H. Randall* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.